```
                   UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF MARYLAND
                            AT GREENBELT
```

| | | |
|---|---|---|
| In the Matter of | : | |
| | : | |
| LAVERNE C. BROWN | : | Case No. 13-24977 |
| | : | (Chapter 13) |
| Debtor. | : | |
| | : | |
| LAVERNE C. BROWN | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| INDUSTRIAL BANK | : | |
| | : | |
| Respondent. | : | |

**RESPONSE OF INDUSTRIAL BANK TO DEBTOR'S MOTION TO AVOID JUDICIAL LIEN OF INDUSTRIAL BANK, N.A. AND/OR ANY SUCCESSORS-IN-INTEREST AS IMPAIRING EXEMPTIONS ON 6502 OAK FOREST COURT, HYATTSVILLE, MD 20785**

Industrial Bank p/k/a Industrial Bank, N.A. (hereinafter referred to as "Industrial"), by its undersigned counsel, hereby replies to the motion to avoid judicial lien filed by the Debtor pursuant to Section 522(f) as follows:

1. Industrial is a banking association authorized to conduct general banking business in the Washington, D.C. area and to maintain offices in the State of Maryland.

2. On or about June 25, 2003 Industrial granted a Home Equity Loan to the Debtor in the original principal amount of One Hundred and Fifty-Three Thousand Dollars and No Cents ($153,000.00).

1

3. Debtor breached her agreement by failing to make the required monthly payments and, as a result, Industrial obtained a judgment against the Debtor on October 6, 2010 in the amount of $135,202.38, plus interest, costs and legal fees as documented in Industrial's Proof of Claim filed herein.

4. Industrial has no information regarding the value of the Debtor's real property located at 6502 Oak Forest Court, Hyattsville, MD 20785 ("Property"), but avers that the estimate of value based on a report from Zillow is not necessarily accurate as to the actual value of the Property.

5. Industrial does not oppose avoidance of the judgment lien at this time, but requests that should the Debtor fail to obtain confirmation of a Chapter 13 Plan; fail to obtain a Chapter 13 discharge pursuant to 11 U.S.C. §1328(a); or if the first trust lien holder obtains relief from the automatic stay, then in such event Industrial shall be entitled to enforce its judicial lien against the Property.

WHEREFORE, Industrial prays that this Honorable Court grant such relief as it deems appropriate given the circumstances.

Respectfully submitted,

_____/s/_____
Vanessa Carpenter Lourie, #02944
4400 MacArthur Blvd., NW, Suite 205
Washington, D.C. 20005
(202) 342-8000 (Office)
(202) 342-9000 (Telephone)
vlourie@carpenterlourie.com
Counsel for Respondent

**CERTIFICATE OF SERVICE**

    I hereby certify that on this December 16, 2013 a true and correct copy of the foregoing Response was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid on:

>Nancy Spencer Grigsby, Trustee
>4201 Mitchellville Road
>Suite 401
>Bowie, MD 20716
>
>Michael A. Ostroff, Esquire
>1738 Elton Road
>Suite 105
>Silver Spring, MD 20903
>
>LaVerne C. Brown
>6502 Oak Forest Court
>Hyattsville, MD 20785

                                                /s/
                                  Vanessa Carpenter Lourie, Esquire