

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re

LaVerne C. Brown

    Debtor(s)

**Case No. 13-24977**

**Chapter 13**

LaVerne C. Brown

    Movant(s)

v.

Capital One Bank (USA), N.A.

    Respondent

## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN ON 6502 OAK FOREST COURT, HYATTSVILLE, MD 20785

    The Debtor(s) herein having moved pursuant to 11 U.S.C. § 522(f)(1) and Federal Bankruptcy Rule 4003(d) to avoid a judicial lien of the Respondent, and after consideration of said motion and the time for Respondent to answer thereto having expired without an answer or other response having been filed, it is, by the United States Bankruptcy Court for the

District of Maryland,

ORDERED, that the judicial lien of the Respondent against property of the Debtor is hereby avoided to the extent said lien impairs exemptions to which the Debtor would be entitled.  In the event the instant bankruptcy case is dismissed, this Order shall be null and void.

cc:

Debtor
Debtor's Counsel
Chapter 13 Trustee

Capital One Bank (USA), N.A.
4851 Cox Road
Glen Allen, VA 23060

Capital One Bank (USA), N.A.
C/o Peroutka & Peroutka
8028 Ritchie Highway S300
Pasadena, MD 21122

Richard Fairbank, President/CEO
Capital One Bank (USA), N.A.
4851 Cox Road
Glen Allen, VA 23060

**END OF ORDER**