Entered: January 16, 2014

Signed: January 16, 2014

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

In Re

LaVerne C. Brown

    Debtor(s)

**Case No. 13-24977**

**Chapter 13**

LaVerne C. Brown

    Movant(s)

    v.

Industrial Bank , N.A.

    Respondent

### ORDER AVOIDING JUDICIAL LIEN ON
### 6502 OAK FOREST COURT, HYATTSVILLE, MD 20785

UPON CONSIDERATION of the Debtor's Motion to Avoid Judicial Lien held by Industrial Bank, N.A., consent thereto being given, any opposition thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C §522(f), it is by the

United States Bankruptcy Court for the District of Maryland,

    ORDERED, that the Motion be and is hereby GRANTED; and it is further

    ORDERED, that the judicial lien arising from the case styled <u>Industrial Bank NA v. Brown</u>, Case No. CAL10-12274, in favor of Industrial Bank, N.A., and/or any successor-in-interest, against the real property and improvements known as 6502 Oak Forest Court, Hyattsville, Maryland 20785, be and is hereby deemed to be an impairment of exemptions pursuant to 11 U.S.C. § 522(f); and it is further

    ORDERED, that upon entry of an order of discharge under 11 U.S.C. § 727 or § 1328 the lien shall be VOIDED, RELEASED, and CANCELED IN ITS ENTIRETY; provided further that if this case is dismissed prior to completion or entry of discharge such lien shall be retained by the secured creditor to the extent recognized by applicable non-bankruptcy law; and it is further

    ORDERED, that this order does not affect the secured nature of the deed of trust as to the property known as and located at 201 Morgan Street NW, Washington, DC 20001 and Respondent's claim made herein shall be treated as secured to the extent applicable under the Debtor's plan of reorganization.

| | |
|---|---|
| Respectfully submitted, | Seen and agreed by: |
| /s/ *Michael A. Ostroff* | /s/ *Vanessa Carpenter Lourie* |
| Michael A. Ostroff, Esq.  No. 17803 | Vanessa Carpenter Lourie, Esq., No. 02944 |
| Montero Law Group, LLC | 4400 MacArthur Blvd., NW, Suite 205 |
| 1738 Elton Road, Suite 105 | Washington, D.C. 20005 |
| Silver Spring, MD 20903 | *Respondent's Counsel* |
| *Debtors' Counsel* | |

I HEREBY CERTIFY that the terms of the copy of the foregoing are identical to those set forth in the original Motion and Order, and that the signatures represented by the  /s/

on this copy represent the signatures on the original or the written authorization obtained by email, fax or other.

/s/ *Michael A. Ostroff*
Michael A. Ostroff, Esq.

cc:
Debtor(s)
Debtor(s)'s Counsel – Michael A. Ostroff, Esq.
Chapter 13 Trustee
Respondent – First Tennessee Bank
Respondent's Counsel – Kevin Feig, Esq.

**END OF ORDER**

**END OF ORDER**